# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

OSCAR MENDOZA DOMINGUEZ,

    Petitioner,

v.                                           No. 2:26-cv-2081 SMD/LF

FNU LNU,

    Respondent.

## ORDER DISMISSING DUPLICATE HABEAS FILING

**THIS MATTER** is before the Court on *pro se* Petitioner Oscar Mendoza Dominguez' Letter (Doc. 1), filed on June 29, 2026 as a *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1).   On June 4, 2026, Petitioner filed a Section 2241 Petition challenging his immigration detention, which was opened as Case No. 2:26cv1805 KG/KK, and is pending before Chief United States District Judge Kenneth J. Gonzales.   The Clerk's Office filed the Letter as a new case instead of as a document in his open case.   Accordingly, the Court will close this duplicate proceeding and direct the Clerk's Office to file Document 1 as a Letter in Case No. 2:26cv1805 KG/KK.   *See Katz v. Gerardi*, 655 F.3d 1212, 1217 (10th Cir. 2011) ("District Courts have discretion to control their dockets by dismissing duplicative cases."); *McNeese v. Anderson*, 2025 WL 2673993, at *2 (10th Cir. Sept. 18, 2025) (affirming "district court's dismissal of a case as … duplicative" and noting that courts are "accorded a great deal of latitude and discretion" in such matters).   To the extent Petitioner seeks to raise additional claims regarding his immigration custody, he must do so in his pending Section 2241 proceeding.   Petitioner is instructed to include

the original case number (26cv1805 KG/KK) on all filings relating to his pending Section 2241 proceeding.

     **IT IS THEREFORE ORDERED** that this case is **DISMISSED without prejudice** as a duplicate Section 2241 proceeding; the Clerk's Office shall **FILE** Petitioner's Letter (**Doc. 1**) as a Letter in Case No. 2:26cv1805 KG/KK; and the Court will enter a separate judgment closing this civil habeas case.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE